United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI Corp., | NO. C 12-80021 MISC |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| Vizio, Inc., | |
| Defendant. | |
| _____/ | |

Presently before the Court is Plaintiff's Motion to Compel Production of Documents and Deposition Testimony.  (See Docket Item No. 1.)  Upon review of Plaintiff's Motion, the Court finds good cause to establish a briefing schedule so that the parties may fully present their positions as to the propriety of the discovery sought.  Accordingly, the Court ORDERS as follows:

(1)    On or before **February 17, 2012**, third-party Zoran Company shall file its Opposition to Plaintiff's Motion;

(2)    On or before **February 27, 2012**, Plaintiff shall file its Reply.[1]

Unless otherwise ordered by the Court, the matter will be taken under submission without oral argument.

---

[1] Plaintiff has provided notice of a briefing schedule to third-party Zoran.  (See Docket Item No. 5.)  In light of this Order, the Court VACATES the schedule referenced therein.

In addition, the Court observes that although Plaintiff references a Declaration in its Motion, no Declaration appears to have been filed. On or before **February 6, 2012**, Plaintiff shall file all documents in support of its Motion.

On or before **February 6, 2012**, Plaintiff shall serve third-party Zoran with a copy of this Order and file a proof of service with the Court.

Dated: February 2, 2012

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Kevin McBride kgmcbride@jonesday.com
    Steven J. Corr sjcorr@jonesday.com
3   David B. Cochran dcochran@jonesday.com
    Ryan B. McCrum rbmccrum@jonesday.com
4   Michael G. Schwartz michael.schwartz@dlapiper.com
    Erik Fueher erik.fueher@dlapiper.com

5

6   **Dated: February 2, 2012**                    **Richard W. Wieking, Clerk**

7

8                                                   By:    **/s/ JW Chambers**
                                                          **Susan Imbriani**
9                                                         **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California