| | | |
|---|---|---|
| 1 | MICHAEL G. SCHWARTZ, Bar No. 197010 | Wayne W. Call, Bar No. 56676 |
| | michael.schwartz@dlapiper.com | *wcall@calljensen.com* |
| 2 | ERIK R. FUEHRER, Bar No. 252578 | Aaron L. Renfro, Bar No. 255086 |
| | erik.fuehrer@dlapiper.com | *arenfro@calljensen.com* |
| 3 | DLA PIPER LLP (US) | CALL & JENSEN |
| | 2000 University Avenue | A Professional Corporation |
| 4 | East Palo Alto, CA  94303-2214 | 610 Newport Center Drive, Suite 700 |
| | Tel:  650.833.2000 | Newport Beach, CA 92660 |
| 5 | Fax:  650.833.2001 | Tel: (949) 717-3000; Fax: (949) 717-3100 |

1   MICHAEL G. SCHWARTZ, Bar No. 197010
    michael.schwartz@dlapiper.com
2   ERIK R. FUEHRER, Bar No. 252578
    erik.fuehrer@dlapiper.com
3   DLA PIPER LLP (US)
    2000 University Avenue
4   East Palo Alto, CA  94303-2214
    Tel:  650.833.2000
5   Fax:  650.833.2001

Wayne W. Call, Bar No. 56676
*wcall@calljensen.com*
Aaron L. Renfro, Bar No. 255086
*arenfro@calljensen.com*
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000; Fax: (949) 717-3100

6   Attorneys for Non-Party
    Zoran Corporation
7

8

Herbert J. Hammond *(Pro Hac Vice)*
*herberthammond@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700; Fax: (214) 969-1751

9
10

Attorneys for Plaintiff and Counterdefendant
LSI Corporation, dba LSI Logic Corporation

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15   LSI CORPORATION, dba LSI Logic
     Corporation,

16                Plaintiff,

17        v.

18   VIZIO, INC.,

19                Defendant.

20

21

22   AND RELATED COUNTERCLAIMS

23

24

25

26

27

28

CASE NO. CV12 80021 JW MISC.

(Central District Case No. SACV10-01602 AG (AJWx))

**STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND BRIEFING SCHEDULE ON LSI CORPORATION'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY FROM THIRD-PARTY ZORAN CORPORATION**

1    Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, IT IS HEREBY STIPULATED by and

2    between Plaintiff LSI Corporation ("LSI") and Non-party Zoran Corporation ("Zoran"), by and

3    through their counsel of record, as follows:

4    WHEREAS, on January 25, 2012, Plaintiff LSI filed a motion to compel the production of

5    documents and deposition testimony from third-party Zoran Corporation ("Motion to Compel");

6    WHEREAS, on February 3, 2012, the Court issued an order setting the following briefing

7    schedule for LSI's Motion to Compel:

8    1.    Third-Party Zoran Corporation shall file its Opposition to Plaintiff's Motion on or

9    before February 17, 2012; and

10    2.    Plaintiff LSI Corporation shall file its Reply on or before February 27, 2012;

11    WHEREAS, LSI and Zoran have met and conferred in good faith (through counsel) and

12    have reached an agreement for Zoran to provide certain discovery that Zoran and LSI anticipate

13    will alleviate the need for motion practice in this matter;

14    WHEREAS, on February 21, 2012, Zoran and LSI filed a stipulation extending Zoran's

15    opposition date to LSI's motion to compel until February 24, 2012;

16    WHEREAS, on February 22, 2012, the Court granted the parties' stipulation to extend the

17    deadlines in its February 3, 2012 order;

18    WHEREAS, the parties have further met and conferred and agreed to further extend the

19    briefing deadlines for LSI's Motion to Compel to allow Zoran to collect and provide the agreed

20    upon discovery;

21    WHEREAS, the parties have previously requested one extension of the briefing schedule

22    in their February 21, 2012 stipulation;

23    WHEREAS, this is a miscellaneous action and the requested time modification, therefore,

24    will not effect the dates set by the Court other than as described above;

25    The parties hereby STIPULATE to the following briefing schedule relating to LSI's

26    Motion to Compel:

27    •   March 16, 2012 – Last Day for Zoran to file its Opposition to LSI's Motion to Compel;

28

1    • March 23, 2012 – Last Day for LSI to file is Reply;

2        SO STIPULATED.

3

4    Dated:  February 24, 2012

5                                          DLA PIPER LLP (US)

6
                                           By  /s/ Michael G. Schwartz
7                                              MICHAEL G. SCHWARTZ
                                               Attorneys for Non-Party
8                                              Zoran Corporation

9
     Dated:  February 24, 2012
10
                                           THOMPSON & KNIGHT LLP
11

12                                         By  /s/ Herbert J. Hammond
                                               HERBERT J. HAMMOND
13                                             Attorneys for Plaintiff and Counterdefendant
                                               LSI Corporation, dba LSI Logic Corporation
14

15

16        In accordance with General Order 45.X.B., Erik Fuehrer, counsel for Zoran Corporation,

17   attests that each other signatory listed above has concurred in this filing.

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED as follows:

The Court adopts the Stipulation agreed to between Zoran and LSI with respect to the briefing schedule for LSI Corporation's motion to compel the production of documents and deposition testimony from third-party Zoran Corporation ("Motion to Compel").

The briefing and hearing schedule relating to LSI's Motion to Compel shall be extended as follows:

- March 16, 2012 – Last Day for Zoran to file its Opposition to LSI's Motion to Compel;
- March 23, 2012 – Last Day for LSI to file is Reply;

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _February 28, 2012_____        _____

The Honorable James Ware
Chief United States District Court Judge