| | |
|---|---|
| MICHAEL G. SCHWARTZ, Bar No. 197010<br>michael.schwartz@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Non-Party<br>Zoran Corporation | Wayne W. Call, Bar No. 56676<br>*wcall@calljensen.com*<br>Aaron L. Renfro, Bar No. 255086<br>*arenfro@calljensen.com*<br>CALL & JENSEN<br>A Professional Corporation<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>Tel: (949) 717-3000; Fax: (949) 717-3100<br><br>Herbert J. Hammond *(Pro Hac Vice)*<br>*herberthammond@tklaw.com*<br>THOMPSON & KNIGHT LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 969-1700; Fax: (214) 969-1751<br><br>Attorneys for Plaintiff and Counterdefendant<br>LSI Corporation, dba LSI Logic Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI CORPORATION, dba LSI Logic Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV12 80021 JW MISC.<br><br>(Central District Case No. SACV10-01602 AG (AJWx))<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND BRIEFING SCHEDULE ON LSI CORPORATION'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY FROM THIRD-PARTY ZORAN CORPORATION** |

1   Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, IT IS HEREBY STIPULATED by and
2   between Plaintiff LSI Corporation ("LSI") and Non-party Zoran Corporation ("Zoran"), by and
3   through their counsel of record, as follows:

4   WHEREAS, on January 25, 2012, Plaintiff LSI filed a motion to compel the production of
5   documents and deposition testimony from third-party Zoran Corporation ("Motion to Compel");

6   WHEREAS, on February 3, 2012, the Court issued an order setting the following briefing
7   schedule for LSI's Motion to Compel:

8       1.   Third-Party Zoran Corporation shall file its Opposition to Plaintiff's Motion on or
9   before February 17, 2012; and

10       2.   Plaintiff LSI Corporation shall file its Reply on or before February 27, 2012;

11   WHEREAS, LSI and Zoran have met and conferred in good faith (through counsel) and
12   have reached an agreement for Zoran to provide certain discovery that Zoran and LSI anticipate
13   will alleviate the need for motion practice in this matter;

14   WHEREAS, on February 21, 2012, Zoran and LSI filed a stipulation extending Zoran's
15   opposition date to LSI's motion to compel until February 24, 2012;

16   WHEREAS, on February 22, 2012, the Court granted the parties' stipulation to extend the
17   deadlines in its February 3, 2012 order;

18   WHEREAS, the parties have further met and conferred and agreed to further extend the
19   briefing deadlines for LSI's Motion to Compel to allow Zoran to collect and provide the agreed
20   upon discovery;

21   WHEREAS, the parties have previously requested one extension of the briefing schedule
22   in their February 21, 2012 stipulation;

23   WHEREAS, this is a miscellaneous action and the requested time modification, therefore,
24   will not effect the dates set by the Court other than as described above;

25   The parties hereby STIPULATE to the following briefing schedule relating to LSI's
26   Motion to Compel:

27   • March 16, 2012 – Last Day for Zoran to file its Opposition to LSI's Motion to Compel;

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\229525673.1

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE
CASE NO. CV12 80021 JW MISC

- March 23, 2012 – Last Day for LSI to file is Reply;

SO STIPULATED.

Dated: February 24, 2012

                                      DLA PIPER LLP (US)

                                      By /s/ Michael G. Schwartz
                                          MICHAEL G. SCHWARTZ
                                          Attorneys for Non-Party
                                          Zoran Corporation

Dated: February 24, 2012

                                      THOMPSON & KNIGHT LLP

                                      By /s/ Herbert J. Hammond
                                          HERBERT J. HAMMOND
                                          Attorneys for Plaintiff and Counterdefendant
                                          LSI Corporation, dba LSI Logic Corporation

In accordance with General Order 45.X.B., Erik Fuehrer, counsel for Zoran Corporation, attests that each other signatory listed above has concurred in this filing.

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED as follows:

The Court adopts the Stipulation agreed to between Zoran and LSI with respect to the briefing schedule for LSI Corporation's motion to compel the production of documents and deposition testimony from third-party Zoran Corporation ("Motion to Compel").

The briefing and hearing schedule relating to LSI's Motion to Compel shall be extended as follows:

- March 16, 2012 – Last Day for Zoran to file its Opposition to LSI's Motion to Compel;
- March 23, 2012 – Last Day for LSI to file is Reply;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2012        _____
                                The Honorable James Ware
                                Chief United States District Court Judge

DLA Piper LLP (US)
East Palo Alto

WEST\229525673.1

-4-
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE
CASE NO. CV12 80021 JW MISC