MICHAEL G. SCHWARTZ, Bar No. 197010
michael.schwartz@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Non-Party
Zoran Corporation

Wayne W. Call, Bar No. 56676
*wcall@calljensen.com*
Aaron L. Renfro, Bar No. 255086
*arenfro@calljensen.com*
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000; Fax: (949) 717-3100

Herbert J. Hammond *(Pro Hac Vice)*
*herberthammond@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201
Tel: (214) 969-1700; Fax: (214) 969-1751

Attorneys for Plaintiff and Counterdefendant
LSI Corporation, dba LSI Logic Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LSI CORPORATION, dba LSI Logic Corporation, | CASE NO. CV12 80021 JW MISC. |
|---|---|
| Plaintiff, | (Central District Case No. SACV10-01602 AG (AJWx)) |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND BRIEFING SCHEDULE ON LSI CORPORATION'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY FROM THIRD-PARTY ZORAN CORPORATION** |
| VIZIO, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\229509574.1

-1-

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, IT IS HEREBY STIPULATED by and between Plaintiff LSI Corporation ("LSI") and Non-party Zoran Corporation ("Zoran"), by and through their counsel of record, as follows:

WHEREAS, on January 25, 2012, Plaintiff LSI filed a motion to compel the production of documents and deposition testimony from third-party Zoran Corporation ("Motion to Compel");

WHEREAS, on February 3, 2012, the Court issued an order setting the following briefing schedule for LSI's Motion to Compel:

1.      Third-Party Zoran Corporation shall file its Opposition to Plaintiff's Motion on or before February 17, 2012; and

2.      Plaintiff LSI Corporation shall file its Reply on or before February 27, 2012;

WHEREAS, LSI and Zoran have met and conferred in good faith (through counsel) and have reached an agreement for Zoran to provide certain discovery that Zoran and LSI anticipate will alleviate the need for motion practice in this matter;

WHEREAS, on February 21, 2012, Zoran and LSI filed a stipulation extending Zoran's opposition date to LSI's motion to compel until February 24, 2012;

WHEREAS, on February 22, 2012, the Court granted the parties' stipulation to extend the deadlines in its February 3, 2012 order;

WHEREAS, the parties further met and conferred and agreed to further extend the briefing deadlines for LSI's Motion to Compel to allow Zoran to collect and provide the agreed upon discovery;

WHEREAS, on February 24, 2012, Zoran and LSI filed a further stipulation extending Zoran's opposition date to LSI's motion to compel until March 16, 2012;

WHEREAS, on February 28, 2012, the Court granted the parties' stipulation to further extend the deadlines in its February 22, 2012 order;

WHEREAS, the parties further met and conferred and agreed to further extend the briefing deadlines for LSI's Motion to Compel to allow Zoran additional time to complete its collection and provide the remaining agreed upon discovery;

WHEREAS, on March 16, 2012, the parties agreed that Zoran could have another one

1   week extension for its opposition to LSI's motion to compel, but were not able to file a stipulation

2   with the Court on that day;

3           WHEREAS, on March 16, 2012, Zoran filed a letter with the Court memorializing the

4   parties' oral agreement;

5           WHEREAS, the parties have previously requested two extensions of the briefing schedule

6   in their February 21 and 24, 2012 stipulations;

7           WHEREAS, this is a miscellaneous action and the requested time modification, therefore,

8   will not effect the dates set by the Court other than as described above;

9           The parties hereby STIPULATE to the following briefing schedule relating to LSI's

10  Motion to Compel:

11      •   March 23, 2012 – Last Day for Zoran to file its Opposition to LSI's Motion to Compel;

12      •   March 30, 2012 – Last Day for LSI to file is Reply;

13          SO STIPULATED.

14

15  Dated:  March 19, 2012

16                                      DLA PIPER LLP (US)

17                                      By  /s/ Michael G. Schwartz

18                                          MICHAEL G. SCHWARTZ
                                            Attorneys for Non-Party
19                                          Zoran Corporation

20  Dated:  March 19, 2012

21                                      THOMPSON & KNIGHT LLP

22

23                                      By  /s/ Herbert J. Hammond
                                            HERBERT J. HAMMOND
24                                          Attorneys for Plaintiff and Counterdefendant
                                            LSI Corporation, dba LSI Logic Corporation
25

26

27          In accordance with General Order 45.X.B., Erik Fuehrer, counsel for Zoran Corporation,

28  attests that each other signatory listed above has concurred in this filing.

1

**[PROPOSED] ORDER**

2          GOOD CAUSE APPEARING, it is hereby ORDERED as follows:

3          The Court adopts the Stipulation agreed to between Zoran and LSI with respect to the

4   briefing schedule for LSI Corporation's motion to compel the production of documents and

5   deposition testimony from third-party Zoran Corporation ("Motion to Compel").

6          The briefing and hearing schedule relating to LSI's Motion to Compel shall be extended

7   as follows:

8      •   March 23, 2012 – Last Day for Zoran to file its Opposition to LSI's Motion to Compel;

9      •   March 30, 2012 – Last Day for LSI to file is Reply;

10

11   PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13   DATED:  __March 27, 2012_____          _____

14                                             The Honorable James Ware
                                               Chief United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28